**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: wcamy@porterscott.com
mgross@porterscott.com

Attorneys for Defendant ADVENTIST HEALTH SYSTEM/WEST,
dba FEATHER RIVER CLINIC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE KRUEGER, for herself and for her minor daughter,<br><br>  Plaintiff,<br><br>v.<br><br>ADVENTIST HEALTH SYSTEM/WEST, dba FEATHER RIVER CLINIC,<br><br>  Defendant.<br>_____/ | CASE NO. 2:21-cv-01549-JAM-DMC<br><br>**JOINT STIPULATION TO SET ASIDE DEFAULT, EXTEND TIME TO ANSWER COMPLAINT, AND ORDER**<br><br>2nd Amended: 12/10/2021<br>1st Amended: 09/05/2021<br>Complaint:   08/29/2021 |

Plaintiffs, CARRIE KRUEGER, for herself and for her minor daughter, by and through her attorney of record, NASSIRI & JUNG, LLP, and Defendant ADVENTIST HEALTH SYSTEM/WEST dba FEATHER RIVER HEALTH CLINIC, by and through its attorneys of record, PORTER SCOTT, hereby agree and stipulate that the Request for Entry of Default (ECF Number 13) shall be vacated by the Court. The parties request the Court issue an Order dismissing the Request for Entry of Default.

The parties also stipulate that Defendant may have until March 24, 2022 to file a responsive pleading to Plaintiff's Second Amended Complaint in order to allow Defendant to obtain information necessary to file a responsive pleading. This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for an

extension of time between the parties. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

**IT IS SO STIPULATED.**

Dated:   February 24, 2022          NASSIRI & JUNG, LLP

                                    By  /s/*Andrew R. Kislik*
                                         Andrew R. Kislik
                                         Attorney for Plaintiffs CARRIE KRUEGER, for
                                         herself and for her minor daughter

Dated:   February 24, 2022          PORTER SCOTT

                                    By  /s/ *William E. Camy*
                                         William E. Camy
                                         Matthew W. Gross
                                         Attorneys for Defendant HEALTH SYSTEM/WEST
                                         dba FEATHER RIVER HEALTH CLINIC

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{02628893.DOCX}                           2
JOINT STIPULATION TO SET ASIDE DEFAULT, EXTEND TIME TO ANSWER COMPLAINT, AND ORDER

## ORDER

IT IS HEREBY ORDERED that the Request for Entry of Default Judgement against ADVENTIST HEALTH SYSTEM/WEST dba FEATHER RIVER HEALTH CLINIC be vacated. ADVENTIST HEALTH SYSTEM/WEST dba FEATHER RIVER HEALTH CLINIC shall file a responsive pleading by no later than March 24, 2022.

Dated: February 24, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{02628893.DOCX}   3
JOINT STIPULATION TO SET ASIDE DEFAULT, EXTEND TIME TO ANSWER COMPLAINT, AND ORDER